IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMES RAY PIKER,                                                          PLAINTIFF
REG. #14354-026

v.                          No. 2:15CV00183-JLH-JTK

USA, et al.                                                        DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendants Federal Bureau of Prisons, Rivera, and Andrews be DISMISSED for failure to state a claim upon which relief may be granted.

2. Plaintiff's claims pursuant to the ADA be DISMISSED for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 3rd day of May, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE