**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

JAMES RAY PIKER,                                                                                    PLAINTIFF
REG. #14354-026

v.                                              No. 2:15CV00183-JLH-JTK

UNITED STATES OF AMERICA, et al.                                                    DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1.      Defendants' motion to dismiss is GRANTED. Document #27.

2.      Plaintiff's *Bivens* claims are DISMISSED.

3.      Defendants Bushaw, Winbush, and Does are DISMISSED without prejudice, for failure to exhaust administrative remedies.

IT IS SO ORDERED this 2nd day of September, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE