IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JAMES RAY PIKER,                                                     PLAINTIFF
REG. #14354-026

v.                 No. 2:15CV00183-JLH-JTK

UNITED STATES OF AMERICA                              DEFENDANT

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant's motion for summary judgment is GRANTED (Document #42), and plaintiff's complaint against defendant is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 10th day of August, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE