IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JAMES RAY PIKER,　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
REG. #14354-026

v.　　　　　　　　　　No. 2:15CV00183-JLH-JTK

UNITED STATES OF AMERICA　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 10th day of August, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE